Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff
Splash News and Picture Agency, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY BENSON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10864<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff Splash News and Picture Agency, LLC complains against Defendant Ashley Benson (collectively "Benson") and Does 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.   This is a civil action against Defendants for acts of copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, and, on information and belief, the Defendants availed themselves to this district. Specifically, Defendants reside in this district and infringed Plaintiff's photographs in this district.

## PARTIES

3.   Plaintiff Splash News and Picture Agency, LLC ("Splash") is a Nevada limited liability company with its principal place of business in Los Angeles, California.

4.   On information and belief, Defendant Ashley Benson ("Benson") is an individual who resides in Los Angeles, California.

5.   The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs will ask for leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

## FACTS COMMON TO ALL COUNTS

### *Splash and the Photographs that Frame this Dispute*

6.   Splash is one of Hollywood's largest celebrity-photograph agencies that regularly license celebrity-driven content to top-tier outlets, such as TMZ,

Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration of up to hundreds of thousands of dollars.

7. Among many other in-demand photographs, Splash owns coveted celebrity photographs at issue in this litigation. Splash owns at least two timely registered photographs ("Splash Photographs") that have been infringed by Defendant and are at issue in this litigation.

8. Splash filed for copyright registration within 90 days of their first publication with the United States Copyright Office. The Copyright registration information for the timely registered photographs is attached as Exhibit A.

### *Defendant and Her Willful Infringing Activity*

9. Benson is an actress, model, and singer, who is well-known for her role in the popular drama series *Pretty Little Liars.* She also starred in the ABC comedy television series *Eastwick* and appeared on the daytime soap opera *Days of Our Lives*.

10. To promote her celebrity brand and engage with her fans, Benson keeps an Instagram account (the "Account"). The Account has 21.4 million followers who will receive updates when she posts photographs. This number does not include users who may visit Benson's account without becoming a "follower," as the Account is not private. Unfortunately, to drive traffic and interest to her Instagram Accounts, Defendant infringed photographs belonging to Splash.

11. Benson reproduced, distributed, displayed, and created unauthorized derivative works of the timely registered Splash Photographs on her Instagram Account without consent or license, as shown in Exhibit B.

12. Benson has violated federal law by willfully infringing at least two timely registered photographs on, at least, the Instagram Account, which are owned by Splash.

13. Benson has induced, caused, or materially contributed to the reproduction, distribution and public display of the Splash Photographs, and derivatives thereof, all the while knowing that the infringing images on her Instagram Account were being used without permission, consent, or license.

14. On information and belief, at all times relevant to this dispute, Benson has operated, and controlled her Instagram Account and has financially benefited by displaying and reproducing the Splash Photographs thereto. On information and belief, Benson has driven significant traffic to her Instagram and increased the goodwill to her brand through the unauthorized use of the Splash Photographs, and, thereby increased her revenues through the presence of the sought-after and searched-for Splash Photographs that frame this dispute. Such traffic translated into a substantial ill-gotten commercial advantage and increased brand awareness as a direct consequence of the infringements.

15. Splash attempted to resolve this dispute prior to filing this lawsuit by issuing a demand to Benson's manager on at least one of the infringements. Despite multiple follow-ups, Benson ignored the letter and did not take down the photo. Splash discovered the infringement within the last three years.

## SECOND CLAIM FOR RELIEF

### (Splash's Claim for Copyright Infringement, 17 U.S.C. § 501)

16. Splash incorporates here by reference the allegations in paragraphs 1 through 15 above.

17. Splash is the owner of all rights, title, and interest in the copyrights of the Splash Photographs that frame this dispute, which substantially consist of material that is wholly original copyrightable subject matter under the laws of the United States.

18. Splash filed for copyright registration of the Splash Photographs with the United States Copyright Office within 90 days of their first publication.

**COMPLAINT**

19. Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed Splash's copyrights by reproducing, displaying, distributing, and utilizing the Splash Photographs for purposes of trade in violation of 17 U.S.C. §§ 501 *et seq.*

20. All the Defendants' acts are and were performed without permission, license, or consent of Splash.

21. Splash has identified at least two instances of infringement by way of unlawful reproduction and display of the Splash Photographs.

22. As a result of the acts of Defendants alleged herein, Splash has suffered substantial economic damage.

23. Benson has willfully infringed, and unless enjoined will continue to infringe, Benson's copyrights by knowingly reproducing, displaying, distributing, and utilizing Splash's photographs by, among other things, virtue of Benson's encouragement of the infringement and financial benefit it receives from infringement of Splash's copyrights.

24. Defendant's wrongful acts have caused, and are causing, injury to Splash, which cannot be accurately computed. Unless this Court restrains Defendants from further commission of said acts, Splash will suffer irreparable injury for which it is without an adequate remedy at law. Accordingly, Splash seeks a declaration that Defendants are infringing Splash's copyrights and an order under 17 U.S.C. § 502 enjoining Defendant from any further infringement.

25. The above-documented infringements alone would entitle Splash to a potential award of up to $ 300,000 in statutory damages for the at-least two infringed photographs, in addition to its attorney's fees.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. That Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be

1 | permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or engaging in any other form of dealing or transaction in, any and all the Agency Photographs, including on Instagram and Facebook;

2. That pursuant to 17 U.S.C. § 504 (a)(1) & (b) an accounting be made of all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiffs' copyrights;

3. Pursuant to under 17 U.S.C. § 504 (a)(1) & (b) for actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement, and for all damages suffered by Plaintiffs by reasons of Defendant's acts;

5. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

6. For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505;

7. For costs and interest pursuant to 17 U.S.C. § 504 (a)(1) & (b), 17 U.S.C. § 505, and

8. For any such other and further relief as the Court may deem just and appropriate.

Dated: November 30, 2020         **ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi

Attorneys for Plaintiff
Splash News and Picture Agency, LLC

6

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff Splash News and Picture Agency, LLC, hereby demands trial by jury of all issues so triable under the law.

Dated: November 30, 2020              **ONE LLP**

By: /s/ Joanna Ardalan
    Joanna Ardalan
    Peter R. Afrasiabi

    Attorneys for Plaintiff
    Splash News and Picture Agency, LLC