# EXHIBIT A

[previous] [next]

[Labeled View]

### LONGCHAMP Celebrity Arrivals at New York Fashion Week - set number...

|                              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Visual Material                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| **Registration Number / Date:** | VA0002206672 / 2020-05-07                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| **Application Title:**       | LONGCHAMP Celebrity Arrivals at New York Fashion Week - set number SPL5147112 - 48 images                                                                                                                                                                                                                                                                                                                                                                                                                   |
| **Title:**                   | LONGCHAMP Celebrity Arrivals at New York Fashion Week - set number SPL5147112 - 48 images. [Group registration of published photographs. 48 photographs. 2020-02-08 to 2020-02-08]                                                                                                                                                                                                                                                                                                                          |
| **Description:**             | 48 photographs : Electronic file (eService)                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| **Copyright Claimant:**      | Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 6100 Wilshire Blvd., Suite 320, Los Angeles, CA, 90048, United States.                                                                                                                                                                                                                                                                                                                                                        |
| **Date of Creation:**        | 2020                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| **Publication Date Range:**  | 2020-02-08 to 2020-02-08                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| **Nation of First Publication:** | Ireland                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| **Authorship on Application:** | Richard Buxo; Domicile: United States. Authorship: photographs.                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| **Copyright Note:**          | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.                                                                                                                                                                                                                                                                                                                                                                 |
|                              | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:**             | Published in February 2020 (48 photographs): 26516611, 26516610, 26516609, 26516608, 26516607, 26516606, 26516605, 26516604, 26516603, 26516602, 26516601, 26516600, 26516599, 26516598, 26516597, 26516596, 26516595, 26516594, 26516457, 26516456, 26516455, 26516454, 26516453, 26516452, 26516451, 26516450, 26516449, 26516448, 26516447, 26516446, 26516445, 26516444, 26516443, 26516442, 26516441, 26516440, 26516439, 26516438, 26516437, 26516436, 26516435, 26516434, 26516433, 26516432, 26516431, 26516430, 26516429, 26516428 |
| **Names:**                   | Buxo, Richard<br>Splash News and Picture Agency, LLC                                                                                                                                                                                                                                                                                                                                                                                                                                                        |

[previous] [next]

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002084009
Search Results: Displaying 1 of 1 entries



### Published Group of Photos, Guests Arrive at Jeremy Scott's NY Fashion Show...

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002084009 / 2017-12-07
**Application Title:** Published Group of Photos, Guests Arrive at Jeremy Scott's NY Fashion Show - set number SPL1571723 - 28 images, published 2017-09-08.
**Title:** Published Group of Photos, Guests Arrive at Jeremy Scott's NY Fashion Show - set number SPL1571723 - 28 images, published 2017-09-08.
**Description:** Electronic file (eService)
**Copyright Claimant:** Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States.
**Date of Creation:** 2017
**Date of Publication:** 2017-09-08
**Nation of First Publication:** France
**Alternative Title on Application:** Guests Arrive at Jeremy Scott's NY Fashion Show - set number SPL1571723 - 28 images
**Authorship on Application:** Matthew Brandt; Domicile: United States. Authorship: photograph.
**Rights and Permissions:** Austin Raishbrook, Splash News and Picture Agency, LLC, 555 West 5th Street, Floor 35, Los Angeles, CA, 90013, United States, (310) 821-2666, araishbrook@splashnews.com
**Names:** Brandt, Matthew
Splash News and Picture Agency, LLC



**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:   Email