# EXHIBIT B

https://www.instagram.com/stories/ashleybenson/2235579167740531107 ... st ... 2020-02-09 14:25:45-08:00



 

## Instagram

Search

Log In   Sign Up



ashleybenson ✓ • Follow   ...

⊕

**gamar_moon_beauty** I am a Muslim, I
love Jesus❤️❤️❤️
159w   1 like   Reply

**sarah_elizabetth_** eu quero
@s.gabriellyfernandes
159w   Reply

**fantasi789** @antonia121_
158w   1 like   Reply

—   View replies (3)

**gicdes** Te amo🖤

♡   💬   ✈️            🔖

**421,906 likes**
SEPTEMBER 9, 2017

Log in to like or comment.

