Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff
Splash News and Picture Agency, LLC

**FILED**
CLERK, U.S. DISTRICT COURT
Nov. 24, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

IT IS SO ORDERED

Dated November 24, 2021

Philip S. Gutierrez
United States District Judge

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY BENSON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10864 PSG (MRWx)<br>Hon. Philip S. Gutierrez<br><br>**ORDER RE: NOTICE OF PLAINTIFF'S REQUEST FOR THE COURT TO RETAIN JURISDICTION UNTIL DECEMBER 10, 2021 [29]**<br><br>Complaint Filed: November 30, 2020 |

**ORDER RE: PLAINTIFF'S REQUEST FOR THE COURT TO RETAIN JURISDICTION**

On September 24, 2021, this Court dismissed the above captioned action without prejudice and retained jurisdiction for 60 days. (Dkt. 28.) The Parties are very close to dismissing this action with prejudice. Plaintiff requests that the Court retain jurisdiction of this lawsuit until December 10, 2021, to facilitate dismissal.

Dated:  November 23, 2021                    **ONE LLP**

                                            By:  /s/ Joanna Ardalan
                                                 Joanna Ardalan
                                                 Peter R. Afrasiabi

                                                 Attorneys for Plaintiff
                                                 Splash News and Picture Agency, LLC